■ In the Matter of the Claim of RONALD HALASZ, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [605 NYS2d 966] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 17, 1992, which ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Upon review of the record, we find substantial evidence in the record to support the Board's conclusion that claimant voluntarily left his employment without good cause to attend college. Claimant's contrary testimony merely presented a credibility question for the Board to resolve.

Mikoll, J. P., Yesawich Jr., Mercure and Casey, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of the Claim of VICTOR CADICAMO, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [605 NYS2d 966] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 2, 1992, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

Claimant was employed as a correction officer until terminated for leaving his post without authorization and misappropriating State property. Substantial evidence supports the Board's finding that these acts constituted misconduct and claimant was therefore properly disqualified from receiving benefits.

Mercure, J. P., Cardona, White, Mahoney and Casey, JJ., concur. Ordered that the decision is affirmed, without costs.